RECEIVED

2005 JUL 18  A 10: 35

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| AUTO-OWNERS INSURANCE COMPANY, a mutual insurance company incorporated and organized under the laws of the State of Michigan,<br><br>Plaintiff,<br><br>v.<br><br>CENTER STATE RAILROAD SERVICES, INC., a corporation; and WILLIAM C. MEIGS d/b/a ABANDA TIMBER CO.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO: 3:05CV0660-T/m<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Comes Now, Plaintiff, Auto-Owners Insurance Company, and files its corporate disclosure statement of all parent companies, subsidiaries and affiliates. Auto-Owners Insurance Company is a mutual insurance company incorporated under the laws of the State of Michigan with its principal place of business in the State of Michigan. Affiliated companies include Auto-Owners Life Insurance Company, Home-Owners Insurance Company, Owners Insurance Company, Property-Owners Insurance Company, and Southern-Owners Insurance Company. None are publically traded companies.

_____
ROGER S. MORROW (MORO32)

_____
JOEL H. PEARSON (PEAR019)
Attorneys for Plaintiff, Auto-Owners Insurance Company

OF COUNSEL:

MORROW, ROMINE & PEARSON, P.C.
P. O. Box 4804
122 South Hull Street
Montgomery, Alabama 36103-4804
Telephone:   (334) 262-7707
Facsimile:   (334) 262-7742

  I hereby certify that a copy of the above and foregoing Plaintiff's Corporate Disclosure Statement was served upon the following along with the summons and complaint:

Center State Railroad Services, Inc.
c/o John R. Council, Registered Agent
14028 5th Street
Dade City, Florida 33525

William C. Meigs d/b/a
Abanda Timber Co.
17033 AL Highway 77
Wadley, AL 36276

Dated this the 18th day of July, 2005

_____
OF COUNSEL

2