AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

MIDDLE _____ DISTRICT OF ALABAMA

AUTO-OWNERS INSURANCE COMPANY,
a mutual insurance company incorporated and
organized under the laws of the State of Michigan,

    Plaintiff,

V.

CENTER STATE RAILROAD SERVICES,
INC., a corporation; and WILLIAM C. MEIGS
d/b/a ABANDA TIMBER CO.,

    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 3:05CV0660-T-M

TO: (Name and address of defendant)

Center State Railroad Services, Inc.
c/o John R. Council, Registered Agent
14028 5th Street
Dade City, Florida 33525

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Roger S. Morrow
Joel H. Pearson
MORROW, ROMINE & PEARSON, P.C.
P.O. Box 4804
Montgomery, AL 36103-4804

an answer to the complaint which is herewith served upon you, within __Twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett
CLERK

(BY) DEPUTY CLERK

DATE July 21, 2005

# United States District Court

MIDDLE DISTRICT OF ALABAMA

AUTO-OWNERS INSURANCE COMPANY,
a mutual insurance company incorporated and
organized under the laws of the State of Michigan,

    Plaintiff,

V.

CENTER STATE RAILROAD SERVICES,
INC., a corporation; and WILLIAM C. MEIGS
d/b/a ABANDA TIMBER CO.,

    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 3:05-CV-0660-T-M

**TO:** (Name and address of defendant)

William C. Meigs d/b/a
Abanda Timber Co.
17033 AL Highway 77
Wadley, AL 36276

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Roger S. Morrow
Joel H. Pearson
MORROW, ROMINE & PEARSON, P.C.
P.O. Box 4804
Montgomery, AL 36103-4804

an answer to the complaint which is herewith served upon you, within _____Twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett
**CLERK**

(BY) DEPUTY CLERK

DATE July 21, 2005

