**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   William C. Meigs d/b/a
   Abanda Timber Co.
   17033 AL Highway 77
   Wadley, AL 36276

   3:05cv660 (cmp, summ, corp. disc)

2. Article Number
   (Transfer from service label)   7000 0600 0029 9310 7303

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X William C Meigs    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                    7/22/05

D. Is delivery address different from item 1?  ☐ Yes   ☐ No
   If YES, enter delivery address below:
   PO Box 7
   Wadley AL 36276

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540