**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Center State Railroad Services, Inc.
John R. Council, Registered Agent
14028 5th Street
Dade City, Florida 33525

3:05cv660 (cmp + summ. 20 d/s)

2. Article Number
(Transfer from service label)   7000 0600 0027 9310 7280

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Mary Ballentine    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
M. Ballentine    7-25-05

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☒ No

Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes