RECEIVED
2005 AUG -4 P 3: 55
DEBRA P. HACKETT, CLERK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| AUTO-OWNERS INSURANCE COMPANY, | * |
| Plaintiff, | * |
| vs. | * CIVIL ACTION NO.: 3:05 CV 660-T |
| CENTER STATE RAILROAD SERVICES, INC., and WILLIAM C. MEIGS d/b/a ABANDA TIMBER CO.; | * |
| Defendants. | * |

## ANSWER

**COMES NOW** Defendant William C. Meigs, d/b/a Abanda Timber Co., by and through its undersigned counsel of record, and files this Answer to the Complaint in the above-styled cause.

### Jurisdictional Allegations

1. Defendant is without sufficient information to admit or deny this averment.

2. Defendant is without sufficient information to admit or deny this averment.

3. Admitted.

4. Admitted.

### Count I

5. This paragraph does not require a response by this defendant.

6. Defendant is without sufficient information to admit or deny this averment.

7. Defendant is without sufficient information to admit or deny this averment.

8. Admitted.

9. Denied.

10. Defendant is without sufficient information to admit or deny this averment.

11. Defendant is without sufficient information to admit or deny this averment.

12. Denied.

## AFFIRMATIVE DEFENSES

I. The Complaint fails to state a claim upon which relief can be granted.

Dated this the 3rd day of August, 2005.

_____
Leonard D. Brooks, III, BRO177
Attorney for William C. Meigs, d/b/a/ Abanda Timber Co.

OF COUNSEL:

THE INGRAM MONCUS LAW FIRM
Post Office Box 1750
Alexander City, Alabama 35011
(256) 212-9700

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on all counsel of record as listed below by placing a copy thereof, in the United States mail, postage prepaid, on this the 4th day of August, 2005.

Roger S. Morrow
Joel H. Pearson
MORROW, ROMINE & PEARSON, P.C.
122 South Hull Street
P.O. Box 4804
Montgomery, AL 36103-4804

Center State Railroad Services, Inc.
c/o John R. Council, Registered Agent
14028 5th Street
Dade City, FL 33525

_____
OF COUNSEL