IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| AUTO-OWNERS INSURANCE COMPANY, a mutual insurance company incorporated and and organized under the laws of the State of Michigan,<br><br>　　Plaintiff,<br><br>v.<br><br>CENTER STATE RAILROAD SERVICES, INC., a corporation; and WILLIAMS C. MEIGS d/b/a ABANDA TIMBER COMPANY,<br><br>　　Defendants. | Civil Action #: 3:05-CV-0660-TM |

ANSWER OF CENTER STATE RAILROAD SERVICES, INC.

COMES NOW the Defendant, Center State Railroad Services, Inc., in a response to Plaintiff's Complaint for Declaratory Judgment responds as follows:

I. JURISDICTIONAL ALLEGATIONS

1. Admitted.

2. Admitted

3. Defendant is without sufficient information to admit or deny this allegation.

4. Denied.

COUNT ONE

5. Defendant re-adopts and re-alleges its prior responses.

6. Admitted in part, however, Defendant denies that all pertinent portions of said CGL policy and/or endorsements have been included in the excerpted portions referred to in exhibit one.

7. Denied

8. Admitted in part but denied in that the description of the counts as set out does not accurately reflect all allegations and claims contained in each of those counts.

9. Denied.

    (A) Denied

    (B) Denied

    ( C) Denied

    (D) Denied

    (E) Denied

    (F) Denied

    (G) Denied

    (H) Denied

    (I) Denied

10. Admitted.

11. Admitted to the extent that defense is presently being provided. Defendant denies a full and complete reservation of rights without limitation to the right to withdraw the defense has been preserved.

12. Denied. Defendant asserts that a duty to defend and coverage exists.

## PRAYER FOR RELIEF

(A)	Denied

(B)	Denied

( C)	Denied

(D)	Denied

(E)	Denied

(F)	Denied

(G)	Denied

## TRIAL BY STRUCK JURY IS HEREBY DEMANDED BY THE DEFENDANT CENTER STATE RAILROAD SERVICES, INC.

## DEFENSES

1.	Defendant asserts that said Complaint fails to state cause of action upon which relief can be granted.

2.	Defendant states that venue is improper.

3.	Defendant asserts that this Court lacks jurisdiction over this matter.

4.	Defendant asserts that no justiciable controversy exists at the present time.

5.	Defendant asserts that said Complaint is premature and this matter should be stayed and/or dismissed pending the outcome of the underlying action.

6.	Defendant asserts that coverage does exist pursuant to said policy.

7.	Defendant asserts that pursuant to said policy and its terms a duty to defend his owed to the Defendant by the Plaintiff as to some and/or all of the allegations and damages claimed.

8. Defendant asserts that the Plaintiff's have failed to properly investigate the facts of this matter as coverage is due.

9. Defendant asserts that evidence for matters outside of the Complaint are relevant to this controversy which have not been determined due to discovery not having gone forward as a result of jurisdictional questions relating to the underlying action.

10. Defendant asserts Plaintiff is estopped by the doctrine of waiver, laches and equitable estoppel from asserting this petition for declaratory relief.

11. Defendant asserts any applicable statue of limitations.

12. Defendant asserts Plaintiff has not properly reserved its rights.

/s/ Michael W. Ray
Michael W. Ray (RAY012)

**ATTORNEYS FOR THE DEFENDANT,
CENTER STATE RAILROAD SERVICES, INC.**

**OF COUNSEL:**
**SADLER ❖ SULLIVAN, P.C.**
2500 SouthTrust Tower
420 North 20th Street
Birmingham, Alabama 35203-5203
(205)326-4166

**TRIAL BY STRUCK JURY IS HEREBY DEMANDED BY DEFENDANT CENTER STATE RAILROAD SERVICES, INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above and foregoing pleading on counsel as follows by placing same in the United States Mail, properly addressed and first-class postage prepaid on this the 12th day of August 2005.

Roger S. Morrow
Joel H. Pearson
**Morrow, Romine & Pearson, P.C.**
P.O. Box 4804
Montgomery, Alabama 36103

William C. Meigs d/b/a
**Abanda Timber Company**
17033 AL Highway 77
Wadley, Alabama 36276

Kenneth Ingram
Leonard Brooks
**The Ingram Moncus Law Firm**
P.O. Box 1750
Alexander City, Alabama 35011

                                             /s/ Michael W. Ray
                                           Of Counsel