IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| AUTO-OWNERS INSURANCE COMPANY, a mutual insurance company incorporated and and organized under the laws of the State of Michigan,<br><br>    Plaintiff,<br><br>v.<br><br>CENTER STATE RAILROAD SERVICES, INC., a corporation; and WILLIAMS C. MEIGS d/b/a ABANDA TIMBER COMPANY,<br><br>    Defendants. | Civil Action #: 3:05-CV-0660-TM |

## MOTION FOR ADMISSION PRO HAC VICE

**COMES NOW** attorney Michael W. Ray and moves this honorable Court to be admitted Pro Hac Vice as counsel for the Defendant, Center State Railroad. In support thereof, a certificate of good standing for Michael W. Ray from the United States District Court, Northern District of Alabama, is hereby attached.

/s/ Michael W. Ray
Michael W. Ray (RAY012)

**ATTORNEYS FOR THE DEFENDANT,
CENTER STATE RAILROAD SERVICES, INC.**

**OF COUNSEL:**
**SADLER ❖ SULLIVAN, P.C.**
2500 SouthTrust Tower
420 North 20th Street
Birmingham, Alabama 35203-5203
(205)326-4166

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above and foregoing pleading on counsel as follows by placing same in the United States Mail, properly addressed and first-class postage prepaid on this the 23rd day of August 2005.

Roger S. Morrow
Joel H. Pearson
**Morrow, Romine & Pearson, P.C.**
P.O. Box 4804
Montgomery, Alabama 36103

William C. Meigs d/b/a
**Abanda Timber Company**
17033 AL Highway 77
Wadley, Alabama 36276

Kenneth Ingram
Leonard Brooks
**The Ingram Moncus Law Firm**
P.O. Box 1750
Alexander City, Alabama 35011

                                              /s/ Michael W. Ray
                                              Of Counsel