**UNITED STATES DISTRICT COURT**
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Perry Mathis
Clerk

Sharon Harris
Chief Deputy Clerk

### CERTIFICATE OF GOOD STANDING

I, Perry D. Mathis, Clerk of the United States District Court, Northern District of Alabama,

**DO HEREBY CERTIFY** that **MICHAEL W. RAY** was duly admitted to practice in said Court on **November 30, 1982**, and is in good standing as a member of the bar of said Court.

Dated at Birmingham, Alabama, on August 22, 2005.

PERRY D. MATHIS, CLERK

By: *Stacy Hardley*
Deputy Clerk