IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| AUTO-OWNERS INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:05cv660-T |
| | ) | |
| CENTER STATE RAILROAD SERVICES, INC., a corporation, and WILLIAM C. MEIGS, d/b/a Abanda Timber Co., | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

It is ORDERED that the motion for admission pro hac vice (Doc. No. 9) is granted.

DONE, this the 25th day of August, 2005.

　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**