RECEIVED **IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
2005 AUG 31  P 3: 3 **EASTERN DIVISION**

| | |
|---|---|
| **AUTO-OWNERS INSURANCE COMPANY,**<br>**a mutual insurance company incorporated**<br>**and organized under the laws of the State**<br>**of Michigan,**<br><br>     **Plaintiff,**<br><br>**v.**<br><br>**CENTER STATE RAILROAD SERVICES,**<br>**INC., a corporation; and WILLIAM C.**<br>**MEIGS d/b/a ABANDA TIMBER CO.,**<br><br>     **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    **CIVIL ACTION NO: 3:05-cv-660-T**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## REPORT OF PARTIES' PLANNING MEETING

1.     Pursuant to Fed.R.Civ.P. 26(f), a meeting was held by counsel for the parties

for the purposes of making the following report to the Court:

     A.     For The Plaintiff, Auto-Owners Insurance Company:

          Roger S. Morrow
          Joel H. Pearson
          Morrow, Romine & Pearson, P.C.
          122 South Hull Street
          P.O. Box 4804
          Montgomery, Alabama 36103-4804

     B.     For The Defendant, Center State Railroad Services, Inc.:

          Michael Wayne Ray
          Sadler & Sullivan, P.C.
          2500 South Trust Tower
          420 N. 20th Street
          Birmingham, Alabama 35203-5203

     C.     For The Defendant William C. Meigs d/b/a Abanda Timber Co.:

Leonard D. Brooks, III
Kenneth Ingram, Jr. & Associates
P.O. Box 1750
Alexander City, AL 35011-1660

2.     Pre-Discovery Disclosures.  The parties will exchange by September 30, 2005, the information required by Fed.R.Civ.P. 26(a)(1).

3.     Discovery Plan.  The parties jointly propose to the court the following discovery plan:

Discovery will generally be needed on the insurance coverage issues involving the policy(ies) issued by Auto-Owners Insurance Company and all aspects of the claims asserted by William C. Meigs d/b/a Abanda Timber Company in the underlying civil action pending in the United States District Court for the Middle District of Alabama, Eastern Division, Civil Action No.: 3:04-cv-0428.

All discovery commenced in time to be completed by March 26, 2006.

Maximum of 45 interrogatories by each party to any other party.  Responses due 30 days after service.

Maximum of 30 requests for production of documents by each party to another party.  Responses due 30 days after service.

Maximum of 15 requests for admission by each party to any other party. Responses due 30 days after service.

Maximum of 6 depositions (excluding experts) by plaintiff and 6 by defendant unless otherwise agreed by the parties.  Each deposition is limited to a maximum of 4 hours unless extended by agreement of the parties.

Reports from retained experts under Rule26(a)(2) due:

2

from plaintiff(s) by February 1, 2006.

from defendant(s) by March 1, 2006.

Any party shall be allowed thirty days in which to identify rebuttal expert(s) following the identification of expert witness(es) by another party.

4.    Other Items.

The parties do not request a conference with the court before entry of the scheduling order.

The parties request a pretrial conference in May, 2006.

Plaintiff shall be allowed until December 1, 2005 to join additional parties and amend the pleadings.

All potentially dispositive motions should be filed by March 26, 2006.

Settlement may be enhanced by the use of alternative dispute resolution procedures, but cannot be evaluated until the completion of discovery on March 26, 2006.

Final lists of witnesses (excluding experts) and exhibits under Rule 26(a)(3) due by no later than 30 days prior to trial.

Parties shall have 14 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

This action should be ready for trial by the Court's June 26, 2006 trial term, and at this time is expected to take approximately one to two days. A setting during that trial term would be consistent with the Court's Rule 26(f) order herein. The parties, however, request the Court's consideration of the scheduling of the underlying action (Civil Action No.: 3:04-cv-428) when scheduling the trial of this action and/or the assignment of this action to the judge assigned the underlying action. The underlying action is not

3

INGRAM & MONCUS          Fax:256-2121342          Aug 29 2005  12:34          P.02

believed to be set for trial at this time.

Date: _August 31, 2005_

_[signature]_

ROGER S. MORROW, MOR032
JOEL H. PEARSON, PEA019
Attorneys for Plaintiff, Auto-owners
Insurance Company

OF COUNSEL:

MORROW, ROMINE & PEARSON, P.C.
122 South Hull Street
P.O. Box 4804
Montgomery, Alabama 36103-4804
Telephone: (334) 262-7707
Facsimile: (334) 262-7742

_[signature]_ for MWR

MICHAEL WAYNE RAY, RAY031
Attorney for Defendant, Center State Railroad
Services, Inc.

OF COUNSEL:

SADLER & SULLIVAN, P.C.
2500 South Trust Tower
420 N. 20th Street
Birmingham, Alabama 35203-5203
Telephone: (205) 326-4166
Facsimile: (205) 263-7244

_[signature]_

LEONARD B. BROOKS, III, BRO177
Attorney for Defendant, William C. Meigs
d/b/a Abanda Timber Co.

4

OF COUNSEL:

KENNETH INGRAM, JR. & ASSOCIATES
P.O. Box 1750
Alexander City, Alabama 35011-1660
Telephone: (256) 212-9700
Facsimile: (256) 212-1342