believed to be set for trial at this time.

Date: _____

                                            ROGER S. MORROW, MOR032
                                            JOEL H. PEARSON, PEA019
                                            Attorneys for Plaintiff, Auto-owners
                                            Insurance Company

OF COUNSEL:

MORROW, ROMINE & PEARSON, P.C.
122 South Hull Street
P.O. Box 4804
Montgomery, Alabama 36103-4804
Telephone: (334) 262-7707
Facsimile: (334) 262-7742

                                            _____
                                            MICHAEL WAYNE RAY, RAY031
                                            Attorney for Defendant, Center State Railroad
                                            Services, Inc.

OF COUNSEL:

SADLER & SULLIVAN, P.C.
2500 South Trust Tower
420 N. 20th Street
Birmingham, Alabama 35203-5203
Telephone: (205) 326-4166
Facsimile: (205) 263-7244

                                            _____
                                            LEONARD D. BROOKS, III, BRO177
                                            Attorney for Defendant, William C. Meigs
                                            d/b/a Abanda Timber Co.

4