**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

September 16, 2005

# NOTICE OF DEFICIENCY

To:     Michael Wayne Ray

From:   Clerk's Office

Case Style:     Auto-Owners Insurance Co. V. Center State Railroad

Case Number:    3:05cv660-T

Referenced Pleading(s):    Report of Parties Planning Meeting
                           Document #11 filed on 8/31/05

**The above referenced pleading filed on 8/31/05 does not contain a proper signature for attorney Michael Wayne Ray. The reference pleading has been signed by another party with the notation "for MWR".**

**Please file a proper signature page BY CONVENTIONAL MEANS or e-mail Sheyl_Letn@almd.uscourts.gov within 10 days from the date of this notice.**