**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

ELEPHONE (334) 954-3600

September 16, 2005

# NOTICE OF CORRECTION

FROM:     Clerk's Office

Case Style:   Auto-Owners Co v. Center State Railroad

Case No.:   3:05cv660-T
            Document 11 Report of Parties' Planning Meeting

This Notice of Correction was filed in the referenced case this date to enter the corrected signature page for attorney Michael Wayne Ray into the record and to correct the deficiency.

Case 3:05-cv-00660-MHT-VPM    Document 15    Filed 09/16/2005    Page 2 of 2