believed to be set for trial at this time.

Date: _____

                                      ROGER S. MORROW, MOR032  
                                      JOEL H. PEARSON, PEA019  
                                      Attorneys for Plaintiff, Auto-owners  
                                      Insurance Company

OF COUNSEL:

MORROW, ROMINE & PEARSON, P.C.  
122 South Hull Street  
P.O. Box 4804  
Montgomery, Alabama 36103-4804  
Telephone: (334) 262-7707  
Facsimile: (334) 262-7742

                                      _/s/ Michael W. Ray_  
                                      MICHAEL WAYNE RAY, RAY031  
                                      Attorney for Defendant, Center State Railroad  
                                      Services, Inc.

OF COUNSEL:

SADLER & SULLIVAN, P.C.  
2500 South Trust Tower  
420 N. 20th Street  
Birmingham, Alabama 35203-5203  
Telephone: (205) 326-4166  
Facsimile: (205) 263-7244

                                      _/s/ Leonard D. Brooks_  
                                      LEONARD D. BROOKS, III, BRO177  
                                      Attorney for Defendant, William C. Meigs  
                                      d/b/a Abanda Timber Co.