IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| AUTO-OWNERS INSURANCE COMPANY, a mutual insurance company incorporated and organized under the laws of the State of Michigan,<br><br>Plaintiff,<br><br>v.<br><br>CENTER STATE RAILROAD SERVICES, INC., a corporation; and WILLIAM C. MEIGS d/b/a ABANDA TIMBER CO.,<br><br>Defendants. | CIVIL ACTION NO: 3:05-cv-660-T |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

**COMES NOW** Plaintiff, Auto-Owners Insurance Company and Defendants, Center State Railroad Services, Inc., and William C. Meigs d/b/a Abanda Timber Co., by and through the undersigned counsel and pursuant to the terms of the Confidential Mutual Release and Settlement Agreement between Auto-Owners Insurance and Center State Railroad Services, Inc., and stipulate that the above-captioned declaratory judgment action may be dismissed, with prejudice, with each party to bear his/her/its/their own costs.

Dated this the 9th day of January, 2005.

JOEL H. PEARSON, PEA019
One of the Attorneys for Plaintiff,
Auto-owners Insurance Company

OF COUNSEL:

MORROW, ROMINE & PEARSON, P.C.
122 South Hull Street
P.O. Box 4804
Montgomery, Alabama 36103-4804
Telephone: (334) 262-7707
Facsimile: (334) 262-7742

                                                  /s/ Michael Wayne Ray
                                                  MICHAEL WAYNE RAY, RAY031
                                                  Attorney for Defendant, Center State Railroad
                                                  Services, Inc.

OF COUNSEL:

SADLER & SULLIVAN, P.C.
2500 South Trust Tower
420 N. 20th Street
Birmingham, Alabama 35203-5203
Telephone: (205) 326-4166
Facsimile: (205) 263-7244

                                                  /s/ Leonard B. Brooks, III
                                                  LEONARD B. BROOKS, III, BRO177
                                                  Attorney for Defendant, William C. Meigs
                                                  d/b/a Abanda Timber Co.

OF COUNSEL:

KENNETH INGRAM, JR. & ASSOCIATES
P.O. Box 1750
Alexander City, Alabama 35011-1660
Telephone: (256) 212-9700
Facsimile: (256) 212-1342